# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, VIRGINIA E. | U.S. DISTRICT COURT | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

619 HUGO BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | K | T | | | | | |
| 2. CASH - LEGACY CREDIT UNION ACCOUNT | | None | J | T | | | | | |
| 3. CASH - MORGAN STANLYE SMITH BARNEY ACCOUNT | A | Int./Div. | L | T | | | | | |
| 4. CASH - MORGAN STANLEY LIQUID ASSETS FUND CLASS 2 ACCOUNT | | None | J | T | | | | | |
| 5. ABBVIE INC COM | A | Dividend | | | Sold | 01/18/17 | K | B | |
| 6. ACTIVISION BLIZZARD INC | | None | | | Sold (part) | 01/18/17 | J | A | |
| 7. | | | | | Sold | 01/19/17 | K | A | |
| 8. ACUITY BRANDS INC | A | Dividend | | | Sold | 01/27/17 | K | B | |
| 9. ADIENT PLC COM | A | Dividend | | | Buy | 03/20/17 | K | | |
| 10. | | | | | Sold (part) | 03/29/17 | J | A | |
| 11. | | | | | Sold | 06/16/17 | K | A | |
| 12. ADOBE SYSTEMS | | None | K | T | Sold (part) | 03/29/17 | J | A | |
| 13. | | | | | Sold (part) | 04/10/17 | J | A | |
| 14. | | | | | Sold (part) | 06/07/17 | J | A | |
| 15. | | | | | Sold (part) | 06/16/17 | J | A | |
| 16. | | | | | Sold (part) | 08/16/17 | J | A | |
| 17. | | | | | Sold (part) | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/11/17 | J | B | |
| 19. | | | | | Sold (part) | 11/11/17 | J | A | |
| 20. ALIGN TECHNOLOGY | | None | L | T | Buy (add'l) | 01/10/17 | J | | |
| 21. | | | | | Sold (part) | 03/29/17 | J | A | |
| 22. | | | | | Sold (part) | 06/07/17 | J | A | |
| 23. | | | | | Sold (part) | 06/16/17 | J | A | |
| 24. | | | | | Sold (part) | 08/16/17 | J | A | |
| 25. | | | | | Sold (part) | 09/05/17 | J | B | |
| 26. | | | | | Sold (part) | 10/11/17 | J | C | |
| 27. | | | | | Sold (part) | 11/17/17 | J | A | |
| 28. AMAZON COM INC | | None | K | T | Buy (add'l) | 02/03/17 | J | | |
| 29. | | | | | Sold (part) | 03/29/17 | J | A | |
| 30. | | | | | Sold (part) | 06/07/17 | J | A | |
| 31. | | | | | Sold (part) | 08/16/17 | J | A | |
| 32. | | | | | Sold (part) | 10/11/17 | J | A | |
| 33. | | | | | Sold (part) | 11/17/17 | J | A | |
| 34. AMERICAN CENTURY EQUITY INCOME | B | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/16/17 | J | A | |
| 36. | | | | | Sold (part) | 08/16/17 | J | A | |
| 37. | | | | | Sold (part) | 09/05/17 | J | A | |
| 38. | | | | | Sold (part) | 10/11/17 | J | A | |
| 39. AMERICAN WATER WORKS CO | | None | | | Sold | 01/11/17 | J | A | |
| 40. APPLE INC | A | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 41. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 42. | | | | | Sold (part) | 06/16/17 | J | A | |
| 43. | | | | | Sold (part) | 08/16/17 | J | A | |
| 44. | | | | | Sold (part) | 09/05/17 | J | A | |
| 45. | | | | | Sold (part) | 10/11/17 | J | A | |
| 46. APPLIED MATERIAL INC | A | Dividend | K | T | Buy | 04/10/17 | K | | |
| 47. | | | | | Sold (part) | 06/07/17 | J | A | |
| 48. | | | | | Sold (part) | 06/16/17 | J | A | |
| 49. | | | | | Sold (part) | 08/16/17 | J | A | |
| 50. | | | | | Sold (part) | 09/05/17 | J | A | |
| 51. | | | | | Sold (part) | 10/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/17/17 | J | A | |
| 53. ANTHEM INC COM | A | Dividend | K | T | Buy | 03/21/17 | K | | |
| 54. | | | | | Sold (part) | 03/29/17 | J | A | |
| 55. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 56. | | | | | Sold (part) | 06/07/17 | J | A | |
| 57. | | | | | Sold (part) | 06/16/17 | J | A | |
| 58. | | | | | Sold (part) | 08/16/17 | J | A | |
| 59. | | | | | Sold (part) | 09/05/17 | J | A | |
| 60. | | | | | Sold (part) | 10/11/17 | J | A | |
| 61. | | | | | Sold (part) | 11/17/17 | J | A | |
| 62. BECTON DICKINSON & CO | A | Dividend | J | T | Buy | 06/16/17 | K | | |
| 63. | | | | | Sold (part) | 08/16/17 | J | A | |
| 64. | | | | | Sold (part) | 09/05/17 | J | A | |
| 65. | | | | | Sold (part) | 10/11/17 | J | A | |
| 66. BROADCOM LTD SHS | B | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 67. | | | | | Sold (part) | 04/10/17 | J | C | |
| 68. | | | | | Sold (part) | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/16/17 | J | A | |
| 70. | | | | | Sold (part) | 08/16/17 | J | A | |
| 71. | | | | | Sold (part) | 09/05/17 | J | B | |
| 72. | | | | | Sold (part) | 10/11/17 | J | C | |
| 73. | | | | | Sold (part) | 11/17/17 | J | A | |
| 74. CELGENE CORP | | None | | | Buy | 01/18/17 | K | | |
| 75. | | | | | Sold (part) | 03/29/17 | J | A | |
| 76. | | | | | Sold | 05/30/17 | K | A | |
| 77. COMCAST CORP (NEW) CLASS A | A | Dividend | | | Sold (part) | 03/29/17 | J | A | |
| 78. | | | | | Sold (part) | 06/07/17 | J | A | |
| 79. | | | | | Sold (part) | 06/16/17 | J | A | |
| 80. | | | | | Sold (part) | 08/16/17 | J | A | |
| 81. | | | | | Sold (part) | 09/05/17 | J | B | |
| 82. | | | | | Sold (part) | 10/11/17 | J | B | |
| 83. | | | | | Sold (part) | 11/17/17 | J | A | |
| 84. | | | | | Sold | 11/20/17 | K | E | |
| 85. CONSTELLATION BRANDS INC CL A | A | Dividend | K | T | Sold (part) | 03/16/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/17/17 | K | D | |
| 87. | | | | | Sold (part) | 03/20/17 | K | D | |
| 88. | | | | | Buy (add'l) | 05/30/17 | K | | |
| 89. | | | | | Sold (part) | 06/07/17 | J | A | |
| 90. | | | | | Sold (part) | 06/16/17 | J | A | |
| 91. | | | | | Sold (part) | 08/16/17 | J | A | |
| 92. | | | | | Sold (part) | 09/05/17 | J | A | |
| 93. | | | | | Sold (part) | 10/11/17 | J | A | |
| 94. | | | | | Sold (part) | 11/17/17 | J | A | |
| 95. EOG RESOURCES INC | A | Dividend | | | Buy | 01/19/17 | J | | |
| 96. | | | | | Sold (part) | 03/29/17 | J | A | |
| 97. | | | | | Sold (part) | 06/16/17 | J | A | |
| 98. | | | | | Sold | 06/19/17 | J | A | |
| 99. EQUIFAX INC | A | Dividend | | | Sold (part) | 03/29/17 | J | A | |
| 100. | | | | | Sold (part) | 06/07/17 | J | A | |
| 101. | | | | | Sold (part) | 06/16/17 | J | A | |
| 102. | | | | | Sold (part) | 08/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/05/17 | J | A | |
| 104. | | | | | Sold (part) | 09/14/17 | J | A | |
| 105. | | | | | Sold | 09/15/17 | K | | |
| 106. FACEBOOK INC CL-A | None | K | T | | Sold (part) | 03/29/17 | J | A | |
| 107. | | | | | Sold (part) | 06/07/17 | J | A | |
| 108. | | | | | Sold (part) | 06/16/17 | J | A | |
| 109. | | | | | Sold (part) | 08/16/17 | J | A | |
| 110. | | | | | Sold (part) | 09/05/17 | J | B | |
| 111. | | | | | Sold (part) | 10/11/17 | J | C | |
| 112. | | | | | Sold (part) | 11/17/17 | J | A | |
| 113. FISERV INC WISCONSIN | None | K | T | | Sold (part) | 04/10/17 | J | B | |
| 114. | | | | | Sold (part) | 06/07/17 | J | A | |
| 115. | | | | | Sold (part) | 06/16/17 | J | A | |
| 116. | | | | | Sold (part) | 08/16/17 | J | A | |
| 117. | | | | | Sold (part) | 09/05/17 | J | B | |
| 118. | | | | | Sold (part) | 10/11/17 | J | B | |
| 119. | | | | | Sold (part) | 11/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HARRIS CORPORATION DELAWARE | A | Dividend | K | T | Buy | 06/06/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 122. | | | | | Sold (part) | 06/16/17 | J | A | |
| 123. | | | | | Sold (part) | 08/16/17 | J | A | |
| 124. | | | | | Sold (part) | 09/05/17 | J | A | |
| 125. | | | | | Sold (part) | 10/11/17 | J | A | |
| 126. | | | | | Sold (part) | 11/17/17 | J | A | |
| 127. HEICO CORP NEW | | None | K | T | Buy | 07/24/17 | K | | |
| 128. | | | | | Sold (part) | 08/16/17 | J | A | |
| 129. | | | | | Sold (part) | 09/05/17 | J | A | |
| 130. | | | | | Sold (part) | 10/11/17 | J | A | |
| 131. IDEXX LABS | | None | K | T | Buy | 01/11/17 | J | | |
| 132. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 133. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 134. | | | | | Sold (part) | 03/29/17 | J | A | |
| 135. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 136. | | | | | Sold (part) | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/16/17 | J | A | |
| 138. | | | | | Sold (part) | 08/16/17 | J | A | |
| 139. | | | | | Sold (part) | 09/05/17 | J | A | |
| 140. | | | | | Sold (part) | 10/11/17 | J | A | |
| 141. | | | | | Sold (part) | 11/17/17 | J | A | |
| 142.  INGREDION INC COM | A | Dividend | | | Sold (part) | 01/19/17 | J | A | |
| 143. | | | | | Sold | 01/23/17 | K | A | |
| 144.  ISHARES 3-7 YR TREASURY BD ETF | B | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 145. | | | | | Sold (part) | 06/07/17 | J | A | |
| 146. | | | | | Sold (part) | 06/16/17 | J | A | |
| 147. | | | | | Sold (part) | 08/16/17 | J | A | |
| 148. | | | | | Sold (part) | 09/05/17 | J | A | |
| 149. | | | | | Sold (part) | 10/11/17 | J | A | |
| 150. | | | | | Sold (part) | 11/17/17 | J | A | |
| 151.  ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | K | T | Sold (part) | 02/13/17 | K | A | |
| 152. | | | | | Sold (part) | 06/07/17 | J | A | |
| 153. | | | | | Sold (part) | 09/05/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 10/11/17 | J | A | |
| 155.  ISHARE CORE U.S. AGGREGATE | B | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 156. | | | | | Sold (part) | 06/07/17 | J | A | |
| 157. | | | | | Sold (part) | 06/16/17 | J | A | |
| 158. | | | | | Sold (part) | 08/16/17 | J | A | |
| 159. | | | | | Sold (part) | 09/05/17 | J | A | |
| 160. | | | | | Sold (part) | 10/11/17 | J | A | |
| 161. | | | | | Sold (part) | 11/17/17 | J | A | |
| 162.  ISHARES US AEROSPACE & DEF ETF | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 163. | | | | | Sold (part) | 03/29/17 | J | A | |
| 164. | | | | | Sold (part) | 06/16/17 | J | A | |
| 165. | | | | | Sold (part) | 09/05/17 | J | A | |
| 166. | | | | | Sold (part) | 10/11/17 | J | A | |
| 167.  ISHARES US BASIC MATERIALS ETF | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 168. | | | | | Sold (part) | 03/29/17 | J | A | |
| 169. | | | | | Sold (part) | 06/16/17 | J | A | |
| 170. | | | | | Sold (part) | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ISHARES US INDUSTRIALS ETF | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 172. | | | | | Sold (part) | 03/29/17 | J | A | |
| 173. | | | | | Sold (part) | 06/16/17 | J | A | |
| 174. | | | | | Sold (part) | 09/05/17 | J | A | |
| 175. | | | | | Sold (part) | 10/11/17 | J | A | |
| 176. METROPOLITAN WEST TOT RET BD FD | A | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 177. | | | | | Sold (part) | 06/07/17 | J | A | |
| 178. | | | | | Sold (part) | 06/16/17 | J | A | |
| 179. | | | | | Sold (part) | 08/16/17 | J | A | |
| 180. | | | | | Sold (part) | 09/05/17 | J | A | |
| 181. | | | | | Sold (part) | 10/11/17 | J | A | |
| 182. | | | | | Sold (part) | 10/16/17 | J | A | |
| 183. | | | | | Sold (part) | 11/17/17 | J | A | |
| 184. MOHAWK INDUSTRIES INC | | None | K | T | Sold (part) | 03/29/17 | J | A | |
| 185. | | | | | Sold (part) | 06/07/17 | J | A | |
| 186. | | | | | Sold (part) | 06/16/17 | J | A | |
| 187. | | | | | Sold (part) | 08/16/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/05/17 | J | A | |
| 189. | | | | | Sold (part) | 10/11/17 | J | A | |
| 190. | | | | | Sold (part) | 11/17/17 | J | A | |
| 191. MONSTER BEVERAGE CORP NEW COM | | None | K | T | Buy | 07/13/17 | K | | |
| 192. | | | | | Sold (part) | 08/16/17 | J | A | |
| 193. | | | | | Sold (part) | 09/05/17 | J | A | |
| 194. | | | | | Sold (part) | 10/11/17 | J | A | |
| 195. | | | | | Sold (part) | 11/17/17 | J | A | |
| 196. NVIDIA CORPORATION | A | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 197. | | | | | Sold (part) | 04/10/17 | J | D | |
| 198. | | | | | Sold (part) | 06/07/17 | J | A | |
| 199. | | | | | Sold (part) | 06/16/17 | J | A | |
| 200. | | | | | Sold (part) | 08/16/17 | J | B | |
| 201. | | | | | Sold (part) | 09/05/17 | J | C | |
| 202. | | | | | Sold (part) | 10/11/17 | J | D | |
| 203. | | | | | Sold (part) | 11/17/17 | J | A | |
| 204. REPUBLIC SERVICES INC | A | Dividend | K | T | Buy | 01/23/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 21

**Name of Person Reporting**

**HOPKINS, VIRGINIA E.**

**Date of Report**

05/07/2018

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 206. | | | | | Sold (part) | 03/29/17 | J | A | |
| 207. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 208. | | | | | Sold (part) | 06/07/17 | J | A | |
| 209. | | | | | Sold (part) | 06/16/17 | J | A | |
| 210. | | | | | Sold (part) | 08/16/17 | J | A | |
| 211. | | | | | Sold (part) | 09/05/17 | J | A | |
| 212. | | | | | Sold (part) | 10/11/17 | J | A | |
| 213. | | | | | Sold (part) | 11/17/17 | J | A | |
| 214. ROCKWELL AUTOMATION INC | A | Dividend | K | T | Buy | 03/17/17 | K | | |
| 215. | | | | | Sold (part) | 03/29/17 | J | A | |
| 216. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 217. | | | | | Sold (part) | 06/07/17 | J | A | |
| 218. | | | | | Sold (part) | 06/16/17 | J | A | |
| 219. | | | | | Sold (part) | 08/16/17 | J | A | |
| 220. | | | | | Sold (part) | 09/05/17 | J | A | |
| 221. | | | | | Sold (part) | 10/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 11/17/17 | J | A | |
| 223. RSP PERMIAN INC | | None | | | Buy | 01/13/17 | J | | |
| 224. | | | | | Sold (part) | 03/29/17 | J | A | |
| 225. | | | | | Sold (part) | 06/16/17 | J | A | |
| 226. | | | | | Sold | 06/19/17 | J | A | |
| 227. SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | K | T | Sold (part) | 06/07/17 | J | A | |
| 228. | | | | | Sold (part) | 06/16/17 | J | A | |
| 229. | | | | | Sold (part) | 08/16/17 | J | A | |
| 230. | | | | | Sold (part) | 09/05/17 | J | A | |
| 231. | | | | | Sold (part) | 10/11/17 | J | A | |
| 232. | | | | | Sold (part) | 11/17/17 | J | A | |
| 233. SPDR BARCLAYS CAPITAL TIPS | B | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 234. | | | | | Sold (part) | 06/07/17 | J | A | |
| 235. | | | | | Sold (part) | 06/16/17 | J | A | |
| 236. | | | | | Sold (part) | 08/16/17 | J | A | |
| 237. | | | | | Sold (part) | 09/05/17 | J | A | |
| 238. | | | | | Sold (part) | 10/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/17/17 | J | A | |
| 240. SPLUNK INC | | None | | | Buy | 03/13/17 | K | | |
| 241. | | | | | Sold (part) | 03/29/17 | J | A | |
| 242. | | | | | Sold (part) | 06/06/17 | J | A | |
| 243. | | | | | Sold | 06/09/17 | J | A | |
| 244. STARBUCKS CORP WASHINGTON | A | Dividend | | | Sold (part) | 01/13/17 | J | D | |
| 245. | | | | | Sold (part) | 01/23/17 | J | D | |
| 246. | | | | | Sold | 03/07/17 | J | C | |
| 247. SVB FINCL GRP | | None | K | T | Buy | 06/19/17 | J | | SEE SECTION VIII ADDL INFO |
| 248. | | | | | Sold (part) | 09/05/17 | J | A | |
| 249. | | | | | Sold (part) | 10/11/17 | J | A | |
| 250. THERMO FISHER SCIENTIFIC | A | Dividend | | | Sold (part) | 03/20/17 | K | D | |
| 251. | | | | | Sold (part) | 03/21/17 | K | D | |
| 252. | | | | | Sold | 04/12/17 | K | D | |
| 253. ULTA SALON COS & FRAGR | | None | | | Sold (part) | 03/29/17 | J | A | |
| 254. | | | | | Sold (part) | 06/07/17 | J | A | |
| 255. | | | | | Sold (part) | 06/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 07/13/17 | K | D | |
| 257. | | | | | Sold (part) | 07/20/17 | J | A | |
| 258. | | | | | Sold | 07/21/17 | K | D | |
| 259. UNITEDHEALTH GP INC | A | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 260. | | | | | Sold (part) | 06/07/17 | J | A | |
| 261. | | | | | Sold (part) | 06/16/17 | J | A | |
| 262. | | | | | Sold (part) | 08/16/17 | J | A | |
| 263. | | | | | Sold (part) | 09/05/17 | J | B | |
| 264. | | | | | Sold (part) | 10/11/17 | J | B | |
| 265. | | | | | Sold (part) | 11/17/17 | J | A | |
| 266. VANTIV INC CL-A | | None | | | Sold (part) | 03/29/17 | J | A | |
| 267. | | | | | Sold (part) | 04/10/17 | J | A | |
| 268. | | | | | Sold | 05/01/17 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE INSURANCE TRUST #1 AS REPORTED IN PART I, LINE I IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS".

SECTION VII, INVESTMENTS AND TRUSTS, LINE 34 - 38: AMERICAN CENTURY EQUITY INCOME FUND EXPERIENCED A MANDATORY SHARE CLASS EXCHANGE ON 06/08/2017 - ONLY TRADING SYMBOL CHANGED. ALL TRANSACTIONS FOR THESE SECURITIES ARE SHOWN UNDER THE DESCRIPTION "AMERICAN CENTURY EQUITY INCOME".

SECTION VII, INVESTMENTS AND TRUSTS, LINE 247 - 249: SVB FINCL GRP INCREASED FROM VALUE CODE J WHEN PURCHASED ON JUNE 19, 2017 AS REPORTED IN COLUMN D. THE HOLDING VALUE AT 12/31/2017 WAS CODE K AS SHOWN IN COLUMN C. THIS WAS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER ACQUISITIONS TO REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544